JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>EPILAY, INC.,<br><br>        Defendant.<br><br>*and related cross-action* | Case No. 2:20-cv-3773-RGK-JPR<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE** |

The Court having received the Joint Stipulation Re Dismissal With Prejudice filed by Plaintiff Kirsch Research and Development LLC ("Kirsch") and Defendant Epilay, Inc. ("Defendant"), by and through their attorneys of record, IT IS HEREBY ORDERED:

1. Kirsch's Amended Complaint (Dkt. No. 83), and all causes of action asserted therein against Defendant, are hereby dismissed with prejudice;

2. Epilay's answer and counterclaims against Kirsch (Dkt. 84) are hereby dismissed with prejudice; and

2. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 16, 2021

_____
Hon. R. Gary Klausner
United States District Judge